DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAURIANNE GORDON-BROWN,**
Appellant,

v.

**DELVIN JONES,**
Appellee.

No. 4D21-780

[July 29, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Kaplan, Judge; L.T. Case No. DVCE20-004004.

Daurianne Gordon-Brown, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***